PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | VILLALOBOS, George |
| **Docket Number:** | 1:04CR05374-001 |
| **Offender Address:** | Dinuba, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | February 14, 2005 |
| **Original Offense:** | 18 USC 1341 - Mail Fraud<br>(CLASS C FELONY) |
| **Original Sentence:** | 45 Days Custody of the United States Bureau of Prisons; 24 Month Term of Supervised Release; Mandatory Testing; $100 Special Assessment. |
| **Special Conditions:** | Warrantless search and seizure by probation officer; not to dispose of any assets without approval of the Court; provide probation officer with access to requested financial information; no new credit charges or additional credit line without approval of probation officer; participate in correctional treatment program (inpatient or outpatient); participate in drug or alcohol testing; reside and participate in residential community corrections center for a period of 4 months; participate in co-payment plan for treatment and testing of up to $25 per month; cooperate in collection of DNA as directed by the probation officer. |
| **Type of Supervision:** | Supervised Release. |
| **Supervision Commenced:** | February 14, 2005. |
| **Assistant U.S. Attorney:** | Stanley A. Boone   **Telephone:** (559) 498-7272 |
| **Defense Attorney:** | Joan Jacobs Levie   **Telephone:** (559) 498-8155 |

Rev. 04/2005
PROB12A1.MRG

**RE:   VILLALOBOS, George**
**Docket Number:   1:04CR05374-01**
**<u>REPORT OF OFFENDER NON-COMPLIANCE</u>**

**Other Court Action:**

<u>05/31/2005</u>:              Notified of drug use; warrant issued.

<u>07/15/2005:</u>             Supervised release continued with the added special condition that he reside and participate in a residential community corrections center, Turning Point, for a period of 4 months.

<u>11:02/2005:</u>             Court approved modification of supervised release, extending community corrections center placement for up to 120 days to develop employment and release plan.

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.     ILLICIT DRUG USE.**

**Details of alleged non-compliance:**  On January 10, 2006, the releasee was released from Turning Point Community Corrections Center to take up residence at the Transitional Living Center in Fresno.  Nine days later the probation officer was notified that a urine specimen collected from the releasee on January 08, 2006, tested positive for methamphetamine. Further, on January 23, 2006, the case manager at Transitional Living Center informed the probation officer that the releasee tested positive for methamphetamine on that date.  He was, therefore, discharged from that program.   On January 31, 2006, the releasee admitted using methamphetamine on January 29, 2006.

**RE:    VILLALOBOS, George**
         **Docket Number:   1:04CR05374-01**
         <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

**United States Probation Officer Plan/Justification:** Obtaining a stable residence has been a consistent problem for the releasee. He has lived in several places without success. His mother has just obtained a residence in Dinuba, California, and the releasee is welcome to live with her. To deal with the positive drug tests, the releasee will be placed in an outpatient drug treatment program, which will include testing and counseling. Further drug use or noncompliance will be promptly reported to the Court. It is recommended the Court take no further action at this time, allowing the releasee to benefit from the proposed plan.

Respectfully submitted,

/s/ Dan L. Vianello

**DAN L. VIANELLO**
**Senior United States Probation Officer**
Telephone:  (559) 734-2933


**DATED:**    January 31, 2006
              Visalia, California
              DLV:ljr


**REVIEWED BY:**      /s/ Rick C. Louviere
                      **RICK C. LOUVIERE**
                      **Supervising United States Probation Officer**

**RE:    VILLALOBOS, George**
         Docket Number:   1:04CR05374-01
         <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

---

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

| | |
|---|---|
| <u>**February 9, 2006**</u> | <u>/s/ OLIVER W. WANGER</u> |
| **Date** | **Signature of Judicial Officer** |

cc:     United States Probation
        Stanley A. Boone, Assistant United States Attorney
        Joan Jacobs Levie, Assistant Federal Defender